IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-20969
_____

CENTRAL BANK OF HOUSTON,

                              Plaintiff-Appellant,

v.

UNITED STATES OF AMERICA,

                              Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas, Houston
(CA-H-95-6474)
_____
June 5, 1997
Before KING, DAVIS, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See Local Rule 47.6.

---

[*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.